UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WALLER,

    Plaintiff,

v.                                                      Case No. 07-13300

LIFE BANK, WILSHIRE CREDIT            Honorable Patrick J. Duggan
CORPORATION, COASTAL BANK ssb,
CAPITAL ONE BANK NA, SUSAN C.
MYERS, and their agents, employees,
representatives, servants. Jointly, Severally,
and individually,

    Defendants.
_____/

## **JUDGMENT**

On July 17, 2007, Daniel Waller ("Plaintiff"), proceeding *pro se*, filed this lawsuit against Defendants Life Bank, Wilshire Credit Corporation ("Wilshire"), Coastal Bank, Capital One Bank, N.A. ("Capital One"), and Susan C. Myers ("Myers").[1] On August 8, 2007, Defendants Wilshire and Capital One timely removed this action on the basis of federal question jurisdiction. On October 22, 2007, this Court issued an Opinion and Order granting Myers's motion to dismiss or, in the alternative, for summary judgment. (Doc. No. 24.) On this date, the Court entered an Opinion and Order granting Wilshire and Capital One's motion to dismiss or, alternatively, for summary judgment and

---

[1] On October 22, 2007, this Court granted Defendant Myers' motion to dismiss or, in the alternative, for summary judgment. (Doc. No. 24.)

dismissing Life Bank and Coastal Bank without prejudice.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to Defendants Wilshire Credit Corporation, Capital One Bank NA, and Susan C. Myers and **DISMISSED WITHOUT PREJUDICE** as to Defendants Life Bank and Coast Bank.

           s/PATRICK J. DUGGAN
           UNITED STATES DISTRICT JUDGE

copies to:
Daniel Waller
4710 Julius Blvd.
Westland, MI 48186

Timothy Myers, Esq.
Brandon K. Buck, Esq.